# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ERIC FRICKE | ) |
| | ) CASE NO. 4:22-cv-265 |
| **Plaintiff,** | ) |
| | ) DEFENDANTS' NOTICE OF |
| vs. | ) REMOVAL |
| | ) |
| LENNOX INTERNATIONAL, INC. | ) (Removed from Marshall County, Iowa; |
| d/b/a LENNOX INDUSTRIES; BLAKE | ) CASE NO. LACI011524) |
| YOUNGMAN; and, MIKE | ) |
| GUNDERSON | ) |
| | |
| **Defendants.** | |

Under 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Lennox International Inc. d/b/a Lennox Industries and Mike Gunderson ("Defendants") remove to the United States District Court for the Southern District of Iowa, the action entitled *Eric Frick v. Lennox International Inc., Blake Youngman, and Mike Gunderson*, Case No. LACI011524, which is currently pending in the District Court in and for Marshall County, Iowa.

As grounds for removal, Defendants state as follows:

1. Plaintiff Eric Fricke ("Fricke" or "Plaintiff") sued Defendants by filing his state-court Petition against Defendants on June 27, 2022, in the District Court of Marshall County. The Defendants accepted service on August 3, 2022.[1] As required under § 1446(a) and Local Rule 81, copies of all process, pleadings and orders served are attached as Exhibit A.

2. No further proceedings have been had in this action, nor have any other processes, pleadings, or orders been served on Defendants.

---

[1] As of the date of this filing, Defendant Youngman has not been served.

3. Under 28 U.S.C. §§ 1441 and 1446, removal is timely if it is filed within 30 days after a defendant is served with a summons and the initial pleading. Defendants are timely filing this removal.

4. Marshall County is located within the jurisdiction of the United States District Court for the Southern District of Iowa. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This action is properly removable under 28 U.S.C. § 1441(a) because the United States District Court has jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution laws, or treaties of the United States."

**JURISDICTION**

6. Plaintiff's Petition alleges discrimination, harassment, and retaliation in violation of the Iowa Civil Rights Act and, interference and retaliation in violation of the Family Medical Leave Act ("FMLA"), 29 U.S.C. §2601 et seq.

7. Pursuant to 29 U.S.C. § 1132(e), the district courts of the United States have original jurisdiction over actions such as this.

8. By bringing a claim arising under federal law, namely the FMLA, Plaintiff's Petition asserts a federal question under 28 U.S.C. § 1331. This claim could have been originally asserted in federal court. Accordingly, this can be removed under 28 U.S.C. § 1441(a).

9. Consistent with Local Rule 81, Defendants are providing the names of counsel and the law firms that have appeared in the state court action, with their office addresses, telephone numbers, facsimile numbers, and email addresses, and the names of the parties they represent (see Exhibit B – List of Counsel). Specifically, Plaintiff is represented by Amy Beck and Madison

Fiedler-Carlson, Fiedler Law Firm P.L.C., 8831 Windsor Parkway Johnston, IA 50131, telephone: (515) 254-1999, facsimile: (515) 254-9939, and email: amy@employmentlawiowa.com and madison@employmentlawiowa.com. Defendants are represented by Christine Bestor Townsend Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 1243 N. 10th Street, Suite 200, Milwaukee, WI 53205, telephone: (414) 239-6413, facsimile: (414) 755-8289, email: christine.townsend@ogletreedeakins.com.

10. By removing this matter, Defendants do not waive or intend to waive any defense including but not limited to insufficiency of process and insufficiency of service of process.

**ACCORDINGLY,** Defendants respectfully request that the above-entitled action now commenced against them in the District Court of Marshall County, Iowa be removed to the United States District Court for the Southern District of Iowa.

Dated:  August 18, 2022.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Christine Bestor Townsend*
Christine Bestor Townsend, AT0012175
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: 414.239.6413
Facsimile: 414.755.8289
Email: christine.townsend@ogletree.com
**ATTORNEYS FOR DEFENDANTS**

PROOF OF SERVICE

The undersigned certifies that the foregoing was served upon the parties to this action by serving a copy upon each of the parties listed below on August 18, 2022 by:

☐ U.S. Mail  ☐ FAX

☐ Hand Delivered  ☐ Electronic Mail

☐ FedEx/Overnight Carrier  ☒ CM/ECF

Amy Beck
Madison Fiedler-Carlson
Fiedler Law Firm, PLC
8831 Windsor Parkway
Johnston, IA  50131
amy@employmentlawiowa.com
madison@employmentlawiowa.com

Signature:        s/ Tina M. Hein
                  Ogletree, Deakins, Nash, Smoak
                  & Stewart, P.C.

42150069.1