# EXHIBIT A



**IOWA JUDICIAL BRANCH**    ELECTRONIC FILING

*Administering justice under the law equally to all persons.*

## Case Number: LACI011524    Case Title: ERIC FRICKE VS. LENNOX INTERNATIONAL INC ET AL

Opened: 06-27-2022
County: Marshall
Case Type: EMPLOYMENT CLAIM - OTHER        Judge:
Prayer Amount: $.00

⊞ Show/Hide Participants

| File Date | Case History |
| --- | --- |
| 08-17-2022 08:51:00 AM<br>Plaintiff | ACCEPTANCE OF SERVICE<br>LENNOX INTERNATIONAL INC DBA LENNOX INDUSTRIES & MIKE GUNDERSON BY SERV C BESTOR TOWNSEND/ATTORNEY ON 8/3/22.<br>Filed by: AMY RACHELLE BECK |
| 08-16-2022 03:53:00 PM<br>Defendant | APPEARANCE<br>-CHRISTINE BESTOR TOWNSEND FOR LENNOX INTERNATIONAL INC & MIKE GUNDERSON<br>Filed by: CHRISTINE ELIZABETH BESTOR TOWNSEND |
| 06-27-2022 04:54:00 PM<br>Plaintiff | PETITION FILED: PETITION<br>Filed by: AMY RACHELLE BECK |
| 06-27-2022 04:54:00 PM<br>Plaintiff | CIVIL ORIGINAL NOTICE<br>Filed by: AMY RACHELLE BECK |
| 06-27-2022 04:54:00 PM<br>Plaintiff | CIVIL ORIGINAL NOTICE<br>Filed by: AMY RACHELLE BECK |
| 06-27-2022 04:54:00 PM<br>Plaintiff | CIVIL ORIGINAL NOTICE<br>Filed by: AMY RACHELLE BECK |
| 06-27-2022 04:54:00 PM<br>Plaintiff | JURY DEMAND: PETITION<br>Filed by: AMY RACHELLE BECK |

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR MARSHALL COUNTY

| | |
|---|---|
| ERIC FRICKE, | NO. LACI011524 |
| Plaintiff, | |
| vs. | |
| LENNOX INTERNATIONAL, INC. d/b/a LENNOX INDUSTRIES; BLAKE YOUNGMAN; and MIKE GUNDERSON, | PETITION and JURY DEMAND |
| Defendants. | |

COMES NOW the Plaintiff and for his cause of action states the following:

## INTRODUCTION

1.    This is a civil action challenging Defendants' violations of the Iowa Civil Rights Act ("ICRA") and Family and Medical Leave Act ("FMLA").

2.    Plaintiff Eric Fricke is an Iowa resident.

3.    Defendant Lennox International, Inc. ("Lennox") is a Texas corporation doing business in Marshall County, Iowa as "Lennox Industries."

4.    Defendant Blake Youngman is a resident of Marshall County, Iowa.

5.    Defendant Mike Gunderson is a resident of Marshall County, Iowa.

6.    The acts of which Plaintiff complains occurred in Marshall County, Iowa.

## PROCEDURAL REQUIREMENTS

7.    On or about January 4, 2022, within 300 days of the acts of which he complains, Plaintiff filed charges of employment discrimination against Defendants with the Iowa Civil Rights Commission.

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

8.       On approximately June 1, 2022, less than 90 days prior to the filing of this Petition, the Iowa Civil Rights Commission issued an Administrative Release with respect to Plaintiff's charges of discrimination.

## FACTUAL BACKGROUND

9.       On January 19, 1998, Defendant Lennox hired Eric as a welder in its Marshalltown, Iowa manufacturing plant.

10.      For the next 24 years, Eric worked for Lennox without issue.

11.      Around June 2021, Eric's coworkers began harassing him about his sexual orientation, assuming he was gay because Eric's nephew and friends were gay.

12.      Defendant Blake Youngman made homophobic comments to Eric on a daily basis.

13.      Youngman called Eric a "cock sucker."

14.      Youngman said Eric drove a "gay car," referring to his Jeep Liberty.

15.      When Eric left work, Youngman would ask, "Are you going to see your boyfriend?"

16.      Supervisor Mike Gunderson overheard these homophobic comments but failed to take any action to stop Youngman or protect Eric.

17.      Eric's coworkers also harassed him online.

18.      In late June 2021, Eric posted a picture on Facebook of pool lights he had recently installed.

19.      Eric's coworker, John Thompkins, commented on the picture, "Now you can go skinny dipping with your roommate."

20.      Eric lives with a male coworker.

21.      When Eric was around seven years old, he was hit by a car.

22.      This accident has caused him to have intense, recurring headaches throughout his life.

23.      At times, Eric's headaches render him unable to work.

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

24.     Eric utilized FMLA leave multiple times throughout his employment with Lennox.

25.     In 2021, the harassment and stress exacerbated his headaches and made them more severe.

26.     On June 26, Eric asked to take a leave of absence, but Human Resources advised that he should instead take disability leave so that he could be evaluated by a therapist.

27.     Around July 2021, Eric's therapist wrote Lennox a letter, explaining his mental health issues were caused by workplace harassment and advising Human Resources to step in and stop the harassment.

28.     Eric returned to work on September 7, 2021.

29.     Group Leader Britney told Eric that everyone at Lennox knew he had complained to Human Resources about harassment.

30.     Britney also explained that they were told not to talk to Eric because it was a "conflict of interest."

31.     Eric's mental health continued to deteriorate as a result of the isolation at work, requiring him to take additional medical leave on September 21 and 22.

32.     Eric called Lennox to inform them that he would not be at work.

33.     On September 23, Eric reported his absences to Sedgwick, a corporation hired by Lennox to administer FMLA leave.

34.     Eric notified Sedgwick that he was using FMLA for his absences on September 21 and 22.

35.     Lennox employees in Marshalltown are represented by United Auto Workers Local 893 (the "Union").

E-FILED   2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

36.     When Eric arrived at work on September 23, Day Shift Supervisor Brody Davis brought him into an office and handed him documents claiming he had accumulated 50 attendance points.

37.      Davis ordered Eric to sign the documents and leave the premises.

38.     Lennox had a point system for absences, whereby employees are fired if they accumulate 50 points.

39.     Eric had actually accumulated only 46 points.

40.     Davis told Eric that he had accumulated points for his recent absence and that it was not protected by the FMLA because Eric had failed to notify Sedgwick within 48 hours of the absence.

41.     Eric had never heard of such a rule, but Davis insisted that he sign the documents and leave.

42.     Eric declined to sign the documents, but left the premises as instructed, believing he had been fired.

43.     Lennox told Eric's Union representative that Eric was not fired after all, but that he was suspended.

44.     The Union asked for documentation of Eric's suspension, but Lennox refused to provide it.

45.     Lennox failed to communicate with Eric further.

46.     Lennox has not allowed Eric to work since September 23, 2021.

47.     Defendant Blake Youngman was an employee and agent of Defendant Lennox, acting at all material times within the scope of his employment and agency.

48.     Defendant Mike Gunderson was an employee and agent of Defendant Lennox, acting at all material times within the scope of his employment and agency.

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

49.    John Tompkins was an employee and agent of Defendant Lennox, acting at all material times within the scope of his employment and agency.

50.    Britney (last name unknown) was an employee and agent of Defendant Lennox, acting at all material times within the scope of her employment and agency.

51.    Brody Davis was an employee and agent of Defendant Lennox, acting at all material times within the scope of his employment and agency.

## COUNT I
## VIOLATIONS OF THE IOWA CIVIL RIGHTS ACT
## DISABILITY DISCRIMINATION AND RETALIATION

52.    Plaintiff repleads paragraphs 1 through 51 as if fully set forth herein.

53.    Plaintiff was disabled within the meaning of the ICRA.

54.    Plaintiff's headaches substantially limited one or more major life activities, including but not limited to his ability to concentrate, communicate, eat, and sleep.

55.    In the alternative, Defendant Lennox perceived Plaintiff as being disabled.

56.    Defendant Lennox discriminated against Plaintiff.

57.    Plaintiff's disability was a motivating factor in Defendant Lennox's discrimination.

58.    Plaintiff requested reasonable accommodations.

59.    Defendant Lennox failed to accommodate Plaintiff.

60.    Defendant Lennox retaliated against Plaintiff.

61.    Plaintiff's requests for reasonable accommodations were a motivating factor in Defendant's retaliation.

62.    As a result of Defendants' illegal acts and omissions, Plaintiff has in the past and will in the future suffer injuries and damages, including but not limited to mental and emotional distress, embarrassment, betrayal, stress, loss of enjoyment of life, medical expenses, lost wages, and employment benefits.

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount that will fully and fairly compensate him for his injuries and damages, for appropriate equitable relief including but not limited to reinstatement and a Court order enjoining Defendants from further violations of the ICRA, for prejudgment and postjudgment interest, for attorney fees including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

**COUNT II**
**VIOLATION OF THE IOWA CIVIL RIGHTS ACT**
**SEXUAL ORIENTATION DISCRIMINATION, HARASSMENT, AND RETALIATION**

63.     Plaintiff realleges paragraphs 1 through 62 as if fully set forth herein.

64.     Defendants discriminated against Plaintiff and subjected him to harassment in violation of the ICRA.

65.     Plaintiff's perceived sexual orientation was a motivating factor in the discrimination and harassment.

66.     Plaintiff complained to Defendant Lennox about the sexual orientation discrimination and harassment he experienced, and opposed practices made unlawful by the ICRA.

67.     Defendants retaliated against Plaintiff.

68.     Plaintiff's protected activity was a motivating factor in the retaliation.

69.     As a result of Defendants' illegal acts and omissions, Plaintiff has in the past and will in the future suffer injuries and damages as set forth above.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount that will fully and fairly compensate him for his injuries and damages, for appropriate equitable relief including but not limited to reinstatement and a Court order enjoining Defendants from further violations of the ICRA, for prejudgment and postjudgment interest, for attorney fees including

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the Iowa Civil Rights Act.

**COUNT III**
**VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT**

70.     Plaintiff repleads paragraphs 1 through 69 as if fully set forth herein.

71.     Plaintiff was entitled to leave under the FMLA.

72.     Plaintiff invoked his right to leave under the FMLA.

73.     Defendant Lennox interfered with Plaintiff's right to take leave under the FMLA.

74.     Defendant Lennox discriminated against Plaintiff for exercising his rights under the FMLA.

75.     Plaintiff communicated to Defendant Lennox that it violated the FMLA by assessing attendance points against him even though he had notified Sedgewick that his absences were protected.

76.     Defendant Lennox retaliated against Plaintiff because he engaged in protected activity.

77.     As a result of Defendant Lennox's acts and omissions, Plaintiff has in the past and will in the future suffer damages including, but not limited to lost wages and benefits.

WHEREFORE, Plaintiff demands judgment against Defendant Lennox in an amount which will fully and fairly compensate him for his injuries and damages, for liquidated damages, for appropriate equitable and injunctive relief including but not limited to reinstatement and a Court order enjoining Defendant Lennox from further violations of the FMLA, for prejudgment and postjudgment interest, for attorney fees including litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purpose of the FMLA.

**JURY DEMAND**

COMES NOW the Plaintiff and requests a trial by jury.

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

_/s/ Amy Beck_

FIEDLER LAW FIRM, P.L.C.
Amy Beck AT0013022
amy@employmentlawiowa.com
Madison Fiedler-Carlson AT0013712
madison@employmentlawiowa.com
8831 Windsor Parkway
Johnston, IA 50131
Telephone: (515) 254-1999
Fax: (515) 254-9923
ATTORNEYS FOR PLAINTIFF

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR MARSHALL COUNTY

| | |
|---|---|
| ERIC FRICKE, | NO. LACI011524 |
| Plaintiff, | |
| vs. | |
| LENNOX INTERNATIONAL, INC. d/b/a LENNOX INDUSTRIES; BLAKE YOUNGMAN; and MIKE GUNDERSON, | **ORIGINAL NOTICE** |
| Defendants. | |

TO THE ABOVE-NAMED DEFENDANT:   LENNOX INTERNATIONAL, INC. d/b/a
LENNOX INDUSTRIES

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as the defendant in this action.  A copy of the Petition is attached to this notice.  The attorneys for the plaintiff are Amy Beck and Madison Fiedler-Carlson of Fiedler Law Firm, P.L.C., whose address is 8831 Windsor Parkway, Johnston, Iowa, 50131. Their phone number is (515) 254-1999; facsimile number (515) 254-9923.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Marshall County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 641-421-0990 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____

CLERK OF COURT
Marshall County Courthouse
Marshalltown, Iowa

E-FILED  2022 JUN 28 8:23 AM MARSHALL - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACI011524**

*County*  **Marshall**

*Case Title*  ERIC FRICKE VS. LENNOX INTERNATIONAL INC. D/B/A L

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 421-0990** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **06/28/2022 08:23:59 AM**



*District Clerk of Court or/by Clerk's Designee of*  Marshall          *County*

**/s/ Regina Smith**

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR MARSHALL COUNTY

| | |
|---|---|
| ERIC FRICKE,<br><br>    Plaintiff,<br><br>vs.<br><br>LENNOX INTERNATIONAL, INC. d/b/a<br>LENNOX INDUSTRIES; BLAKE YOUNGMAN;<br>and MIKE GUNDERSON,<br><br>    Defendants. | NO. LACI011524<br><br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:   MIKE GUNDERSON

    You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as the defendant in this action.  A copy of the Petition is attached to this notice.  The attorneys for the plaintiff are Amy Beck and Madison Fiedler-Carlson of Fiedler Law Firm, P.L.C., whose address is 8831 Windsor Parkway, Johnston, Iowa, 50131. Their phone number is (515) 254-1999; facsimile number (515) 254-9923.

    You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Marshall County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

    If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 641-421-0990 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____
CLERK OF COURT
Marshall County Courthouse
Marshalltown, Iowa

E-FILED  2022 JUN 28 8:23 AM MARSHALL - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*  **LACI011524**

*County*  **Marshall**

*Case Title*  ERIC FRICKE VS. LENNOX INTERNATIONAL INC. D/B/A L

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 421-0990** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **06/28/2022 08:23:59 AM**



*District Clerk of Court or/by Clerk's Designee of*  Marshall        *County*

**/s/ Regina Smith**

E-FILED  2022 JUN 27 4:54 PM MARSHALL - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR MARSHALL COUNTY

| | |
|---|---|
| ERIC FRICKE, | NO. _____ |
| Plaintiff, | |
| vs. | |
| LENNOX INTERNATIONAL, INC. d/b/a LENNOX INDUSTRIES; BLAKE YOUNGMAN; and MIKE GUNDERSON, | **ORIGINAL NOTICE** |
| Defendants. | |

TO THE ABOVE-NAMED DEFENDANT:   BLAKE YOUNGMAN

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as the defendant in this action.  A copy of the Petition is attached to this notice.  The attorneys for the plaintiff are Amy Beck and Madison Fiedler-Carlson of Fiedler Law Firm, P.L.C., whose address is 8831 Windsor Parkway, Johnston, Iowa, 50131. Their phone number is (515) 254-1999; facsimile number (515) 254-9923.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Marshall County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 641-421-0990 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____
CLERK OF COURT
Marshall County Courthouse
Marshalltown, Iowa

E-FILED  2022 JUN 28 8:23 AM MARSHALL - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.* **LACI011524**

*County* **Marshall**

*Case Title* ERIC FRICKE VS. LENNOX INTERNATIONAL INC. D/B/A L

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(641) 421-0990** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **06/28/2022 08:23:59 AM**



*District Clerk of Court or/by Clerk's Designee of* Marshall          *County*

**/s/ Regina Smith**

## IN THE IOWA DISTRICT COURT
## FOR MARSHALL COUNTY

| | | |
|---|---|---|
| **ERIC FRICKE**, | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. LACI011524** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **LENNOX INTERNATIONAL, INC.** | ) | **NOTICE OF APPEARANCE** |
| **d/b/a LENNOX INDUSTRIES;** | ) | **OF CHRISTINE BESTOR** |
| **BLAKE YOUNGMAN; and,** | ) | **TOWNSEND** |
| **MIKE GUNDERSON** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

TO THE CLERK OF THE CIRCUIT COURT FOR MARSHALL COUNTY:

The undersigned hereby enters this Notice of Appearance on behalf of Defendants,

Lennox International, Inc. and Mike Gunderson in the above-captioned case.

Dated:  August 16, 2022.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**

*/s/ Christine Bestor Townsend*
Christine Bestor Townsend, AT0012175
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: 414.239.6413
Facsimile: 414.755.8289
Email: christine.townsend@ogletree.com

**ATTORNEYS FOR DEFENDANTS**
Lennox International, Inc. and
Mike Gunderson

E-FILED  2022 AUG 16 3:53 PM MARSHALL - CLERK OF DISTRICT COURT

## PROOF OF SERVICE

The undersigned certifies that the foregoing was served upon the parties to this action by serving a copy upon each of the parties listed below on August 16, 2022 by:

☐U.S. Mail                          ☐FAX

☐Hand Delivered                ☐Electronic Mail

☐FedEx/ Overnight Carrier    ☒CM/ECF

> Amy Beck
> Madison Fiedler-Carlson
> Fiedler Law Firm, PLC
> 8831 Windsor Parkway
> Johnston, IA  50131
> amy@employmentlawiowa.com
> madison@employmentlawiowa.com

Signature:              s/ Tina M. Hein
                            _____
                            Ogletree, Deakins, Nash, Smoak
                            & Stewart, P.C.

52659612.v1-OGLETREE

E-FILED  2022 AUG 17 8:51 AM MARSHALL - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR MARSHALL COUNTY

| | |
|---|---|
| ERIC FRICKE,<br><br>    Plaintiff,<br><br>vs.<br><br>LENNOX INTERNATIONAL, INC. d/b/a<br>LENNOX INDUSTRIES; BLAKE<br>YOUNGMAN; and MIKE GUNDERSON,<br><br>    Defendants. | NO. LACI011524<br><br><br><br>**ACCEPTANCE OF SERVICE** |

I, Christine Bestor Townsend, hereby acknowledge receipt and accept service of the Original

Notices and Petition and Jury Demand on behalf of **Lennox International Inc. d/b/a Lennox**

**Industries and Mike Gunderson**.  This acknowledgement is taking place in Des Moines, Iowa on

the 3rd day of August, 2022.


_____
Christine Bestor Townsend, AT0012175
1243 North 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: (414) 239-6413
Facsimile: (414) 755-8289
Email: christine.townsend@ogletree.com

# EXHIBIT B

## LIST OF COUNSEL

**Plaintiffs are represented by:**

Amy Beck
Madison Fiedler-Carlson
Fiedler Law Firm, PLC
8831 Windsor Parkway
Johnston, IA  50131
amy@employmentlawiowa.com
madison@employmentlawiowa.com

**Defendant Lennox International, Inc. and Defendant Mike Gunderson is represented by:**

Christine Townsend
Kayla McCann
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1243 N. 10th Street, Suite 200
Milwaukee, WI  53205
Telephone:  (414) 239-6403
Facsimile:  (414) 755-8289
E-mail: christine.townsend@ogletree.com
E-mail: kayla.mccann@ogletree.com

48043673.1