IN THE IOWA STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ERIC FRICKE,<br><br>     Plaintiff,<br><br>vs.<br><br>LENNOX INTERNATIONAL, INC. d/b/a LENNOX INDUSTRIES; BLAKE YOUNGMAN; and MIKE GUNDERSON,<br><br>     Defendants. | Case No. 4:22-cv-265-SMR-SBJ<br><br><br><br>**JOINT STIPULATION**<br>**OF DISMISSAL**<br>**WITH PREJUDICE** |

COME NOW Plaintiff, Eric Fricke, and Defendants Lennox International Inc., Blake Youngman, and Mike Gunderson, by which and through their respective undersigned counsel, and stipulate and agree that Plaintiff's Complaint shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: June 22, 2023

| | |
|---|---|
| */s/ Amy Beck* <br>Amy Beck AT0013022<br>amy@employmentlawiowa.com<br>Madison Fiedler-Carlson<br>madison@employmentlawiowa.com<br>Fiedler Law Firm, P.L.C.<br>8831 Windsor Parkway<br>Johnston, IA 50131<br>Phone: (515) 254-1999<br>Fax: (515) 254-9923<br>ATTORNEYS FOR PLAINTIFF | */s/   Christine Townsend* <br>Christine Bestor Townsend, AT0012175<br>Kayla A. McCann (*Admitted Pro Hac Vice*)<br>1243 North 10th Street, Suite 200<br>Milwaukee, WI 53205<br>Telephone: (414) 239-6413<br>Facsimile: (414) 755-8289<br>Email:<br>christine.townsend@ogletree.com<br>kayla.mccann@ogletree.com<br>ATTORNEYS FOR DEFENDANTS |

## Certificate of Service

The undersigned certifies that a true copy of the foregoing Joint Dismissal was served upon Defendants' counsel through the Court's CM/ECF filing system on June 22, 2023.

                                                                    */s/ Abby Stauffer*

Copy to:
Christine Bestor Townsend
christine.townsend@ogletree.com
Kayla A. McCann
kayla.mccann@ogletree.com
Attorneys for Defendants